# United States Court of Appeals for the Federal Circuit

## 2011-M983: IN RE XOFT

Writ of Mandamus
District of Delaware
Judge Leonard P. Stark

Lower Court/Agency #:  10-CV-308
Case Type:  Miscellaneous

Petition for Writ of Mandamus Received:  04/21/2011
Petition for Writ of Mandamus Filed:  04/21/2011
Docketed and Notice Sent to Parties:  04/21/2011
Certified List Filed:   / /

Fee Paid:  04/21/2011
Fee Amount:  450.00       Receipt No:  054231

| **Date** | **Event Summary** |
|---|---|
|  | Nothing Due |
|  | Appellant Principal Brief Filing Date |
|  | Appellee or Cross Appellant Principal Brief Filing Date |
|  | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
|  | Appendix Filing Date |
|  | Oral Argument Date/Calendared |
| 08/17/2011 | Disposition:  Denied; Panel |
|  | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-M983:  IN RE XOFT

## List of Parties/Representation

**Party Type/Name**                    **Represented by**

**Petitioner**

Xoft, Inc.                             James W. Geriak
                                         Dickstein Shapiro LLP
                                         2030 Main Street
                                         Suite 1300
                                         Irvine, CA  92614
                                         Phone #: (310)772-8300
                                         Fax #: (310)772-8301
                                         Email: jgeriak@dicksteinshapiro.com
                                         Bar admit: 10/01/1982
                                         EOA Filed: 04/21/2011
                                         Principal Attorney

                                       Allan W. Jansen
                                         Dickstein Shapiro LLP
                                         Email: jansena@dicksteinshapiro.com
                                         Bar admit: 09/03/1993
                                         EOA Filed: 04/21/2011

                                       Mark L. Stirrat
                                         Dickstein Shapiro LLP
                                         Email: stirratm@dicksteinshapiro.com
                                         Bar admit: 09/02/2004
                                         EOA Filed: 04/21/2011

# United States Court of Appeals for the Federal Circuit

## 2011-M983:  IN RE XOFT

| **Party Type/Name** | **Represented by** |
|---|---|
|  | Monte M. F. Cooper<br>  Orrick, Herrington & Sutcliffe LLP<br>  1000 Marsh Road<br>  Menlo Park, CA  94028<br>  Phone #: (650)614-7400<br>  Fax #: (650)614-7401<br>  Email: mcooper@orrick.com<br>  Bar admit: 04/15/1998<br>  EOA Filed: 04/21/2011 |
| **Respondent** | |
| Carl Zeiss Meditec Inc.<br>Carl Zeiss Surgical GmbH | Kurt L. Glitzenstein<br>  Fish & Richardson, P.C.<br>  One Marina Park Drive<br>  Boston, MA  02210-1878<br>  Phone #: (617)542-5070<br>  Fax #: (617)542-8906<br>  Email: glitzenstein@fr.com<br>  Bar admit: 07/02/1999<br>  EOA Filed: 05/05/2011<br>  Principal Attorney |
|  | Frank E. Scherkenbach<br>  Fish & Richardson, P.C.<br>  Email: scherkenbach@fr.com<br>  Bar admit: 04/04/1990<br>  EOA Filed: 05/05/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-M983:  IN RE XOFT

| Party Type/Name | Represented by |
|---|---|
| | William J. Marsden, Jr.<br>  Fish & Richardson, P.C.<br>  222 Delaware Avenue, 17th Floor<br>  P.O. Box 1114<br>  Wilmington, DE  19801<br>  Phone #: (302)652-5070<br>  Fax #: (302)652-0607<br>  Email: marsden@fr.com<br>  Bar admit: 01/08/2004<br>  EOA Filed: 05/05/2011 |
| | Shelley K. Mack<br>  Fish & Richardson, P.C.<br>  500 Arguello Street<br>  Suite 500<br>  Redwood City, CA  94063-1526<br>  Phone #: (650)839-5070<br>  Fax #: (650)839-5071<br>  Email: mack@fr.com<br>  Bar admit: 01/12/2007<br>  EOA Filed: 05/05/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-M983: IN RE XOFT

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 04/21/2011 | F | 1 | Case docketed on 04/21/2011. EOD(04/21/2011 by CLT) 2011-M983 |
| 04/21/2011 | O | 2 | Official Caption. Court Service - 04/21/11. Filed: 04/21/11. REV(04/21/11 by CLT) 2011-M983 |
| 04/21/2011 | M | 3 | Petitioner [Xoft, Inc.] - Petition for Writ of Mandamus. (with separately bound exhibits) Mail Service - 04/20/11. Filed: 04/21/11. Reply 1 (14) Filed: 05/10/11 Reply 2 (15) Filed: 05/16/11 Action on Motion (22): Petition denied. by Motions Panel. Judge: Prost Filed: 08/17/11. EOD(04/21/11 by CLT) REV(08/17/11 by LS) 2011-M983 |
| 04/21/2011 | O | 4 | Entry of appearance for James W. Geriak as principal attorney on behalf of the petitioner, Xoft, Inc. Mail Service - 04/20/11. Filed: 04/21/11. REV(04/25/11 by SCN) 2011-M983 |
| 04/21/2011 | O | 5 | Entry of appearance for Allan W. Jansen as of counsel on behalf of the petitioner, Xoft, Inc. Mail Service - 04/20/11. Filed: 04/21/11. REV(04/25/11 by SCN) 2011-M983 |
| 04/21/2011 | O | 6 | Entry of appearance for Mark L. Stirrat as of counsel on behalf of the petitioner, Xoft, Inc. Mail Service - 04/21/11. Filed: 04/21/11. REV(04/25/11 by SCN) 2011-M983 |
| 04/21/2011 | O | 7 | Entry of appearance for Monte M.F. Cooper as of counsel on behalf of petitioner, Xoft, Inc. Mail Service - 04/21/11. Filed: 04/21/11. REV(04/25/11 by SCN) 2011-M983 |
| 04/22/2011 | O | 8 | Ordered: Carl Zeiss Meditec, Inc. and Carl Zeiss Surgical GmbH are directed to respond to Xoft, Inc.'s petition for a writ of mandamus no later than May 9, 2011. By: Clerk. Court Service - 04/22/11. Filed: 04/22/11. REV(04/22/11 by LS) 2011-M983 |
| 05/06/2011 | O | 9 | Entry of Appearance for Kurt L. Glitzenstein as principal attorney on behalf of respondents, Carl Zeiss Meditec Inc., et al. Mail Service - 05/04/11. Filed: 05/05/11. REV(05/09/11 by SCN) 2011-M983 |

# United States Court of Appeals for the Federal Circuit

## 2011-M983: IN RE XOFT

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 05/06/2011 | O | 10 | Entry of Appearance for Shelley K. Mack as counsel on behalf of respondents, Carl Zeiss Meditec Inc., et al.  Mail Service - 05/04/11.  Filed: 05/05/11. REV(05/09/11 by SCN)  2011-M983 |
| 05/06/2011 | O | 11 | Entry of Appearance for William J. Marsden, Jr. as counsel on behalf of respondents, Carl Zeiss Meditec Inc., et al.  Mail Service - 05/04/11.  Filed: 05/05/11. REV(05/09/11 by SCN)  2011-M983 |
| 05/06/2011 | O | 12 | Entry of Appearance for Frank E. Scherkenbach as counsel on behalf of respondents, Carl Zeiss Meditec Inc., et al.  Mail Service - 05/04/11.  Filed: 05/05/11. REV(05/09/11 by SCN)  2011-M983 |
| 05/06/2011 | O | 13 | Notice of Rejection: Certificate of Interest for respondents, Carl Zeiss Meditec Inc., et al, received 05/05/2011, cannot be filed; statement 2 is incomplete.  Court Service - 05/06/11.  Mailed: 05/06/11. REV(06/01/11 by MW)  2011-M983 |
| 05/27/2011 | O | 16 | Notice to counsel James W. Geriak: The record of this case indicates that a certificate of interest has not been filed for petitioner Xoft. A completed certificate of interest must be submitted in accordance with FCR 47.4 w/i 14 days.  Court Service - 05/27/11.  Mailed: 05/27/11. REV(05/27/11 by SJ)  2011-M983 |
| 06/01/2011 | O | 17 | Duplicate entry of appearance for James W. Geriak as principal counsel on behalf of petitioner, Xoft, Inc.  No Service Required.  Received: 06/01/11. REV(06/01/11 by MW)  2011-M983 |
| 06/01/2011 | O | 18 | Notice of Rejection: Certificate of Interest for petitioner, Xoft, Inc, received 6.1.11, cannot be filed; COI does not contain proof of service.  Court Service - 06/01/11.  Mailed: 06/01/11. REV(06/01/11 by MW)  2011-M983 |
| 06/03/2011 | O | 19 | Certificate of Interest for respondents, Carl Zeiss Meditec Inc., et al.  Mail Service - 06/02/11.  Filed: 06/03/11. REV(06/03/11 by SCN)  2011-M983 |
| 06/07/2011 | O | 20 | Duplicate Entry of Appearance for James W. Geriak as principal attorney on behalf of the petitioner, Xoft, Inc.  Mail Service - 06/06/11.  Received: 06/07/11. REV(06/08/11 by SCN)  2011-M983 |
| 06/08/2011 | O | 21 | Certificate of Interest for petitioner, Xoft, Inc.  Mail Service - 06/06/11.  Filed: 06/07/11. REV(06/08/11 by SCN)  2011-M983 |

# United States Court of Appeals for the Federal Circuit

## 2011-M983:  IN RE XOFT

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 08/17/2011 | D | 23 | Disposition: Denied by Panel. Filed: 08/17/11. EOD (08/17/11 by LB) 2011-M983 |